**Order entered December 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00806-CR
No. 05-16-00807-CR
No. 05-16-00808-CR

**JALEN DEMARCUS FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-34701-T, F12-62676-T & F15-76192-T**

## ORDER

We **GRANT** the State's December 13, 2016 first amended motion to extend time and

**ORDER** the brief received on December 12, 2016 filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE